Dismissed and Memorandum Opinion filed February 1, 2007








 

Dismissed
and Memorandum Opinion filed February 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

 NO. 14-07-00023-CR

 NO. 14-07-00025-CR

 NO. 14-07-00026-CR

____________

 

EX PARTE MICHAEL SHAWN MELTON

 

 

 



 

On Appeal from the
240th District Court

Fort Bend County, Texas

Trial Court Cause Nos.
45,690; 45,692 & 45,693

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notices of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeals dismissed.  We direct the Clerk of the Court to issue the
mandates of the Court immediately.

PER CURIAM

 








Judgment rendered and Memorandum
Opinion filed February 1, 2007.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do not publish C Tex.
R. App. P. 47.2(b).